IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Luis Alberto Lopez-Palomeque, #15069-171, | C/A No. 0:13-1940-MGL-PJG |
| Petitioner, | |
| v. | **ORDER** |
| Warden, McRae Correctional Institution, | |
| Respondent. | |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner; therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in Houston v. Lack, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By order dated August 7, 2013, Petitioner was given a specific time frame in which to bring this case into proper form. Petitioner has complied with the court's order, and this case is now in proper form.

**PAYMENT OF THE FILING FEE**:

Petitioner has paid the full filing fee. (Receipt No. SCX300051490).

**TO THE CLERK OF COURT:**

The Clerk of Court shall not serve the 28 U.S.C. § 2241 Petition upon Respondent because the Petition should be transferred to the United States District Court of the Southern District of Georgia.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 7, 2013
Columbia, South Carolina