IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

LUIS ALBERTO LOPEZ-PALOMEQUE, )
)
Petitioner, )
)
v. ) CV 313-088
)
STACEY N. STONE, Warden, )
)
Respondent. )
)

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of Respondent.

SO ORDERED this ___ day of July, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE